UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
--------------------------------------------------------X
UNITED STATES OF AMERICA,

                                    Plaintiff,

    -against-

TROY WEEKS,

                                  Defendant.

Case No. 1:23-mj-00003

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

---

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney James C. Knox, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Affirmation of James C. Knox, filed herewith. As set forth in Mr. Knox's affirmation, he is admitted and an active member in good standing with the following courts and bars: State of New York, State of Massachusetts, United States District Court, Northern District of New York, United States District Court, Southern District of New York, and the United States Court of Appeals of the Second Circuit. This motion is supported and signed by Emily C. Lagan, an active and sponsoring member of the Bar of this Court.

DATED: January 31, 2023

                                                  Respectfully submitted,

                                                  */s/ Emily C. Lagan*
                                                  Emily C. Lagan
                                                  Bar Roll No. 1645159
                                                  Regan Zambri Long PLLC
                                                  1919 M Street, NW, Suite 350
                                                  Washington, DC 20035
                                                  202-349-2827
                                                  elagan@reganfirm.com