UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

    -against-

TROY WEEKS,

                    Defendant.

Case No. 1:23-mj-00003

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JAMES C. KNOX *PRO HAC VICE***

      The Court has reviewed the Defendant's motion for admission of attorney James C. Knox *pro hac vice*. Upon consideration of that motion, the Court grants attorney James C. Knox *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated:_____          _____
                                                        United States District Judge