UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 1:23-mj-3-GMH |
| | : | |
| **TROY WEEKS** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

### ORDER

Based upon the representations in the Defendant's Motion for Admission of Attorney James C. Knox *pro hac vice*, it is hereby

**ORDERED** that the Motion is **GRANTED**; it is further

**ORDERED** that counsel shall promptly register for this Court's CM/ECF system.

SO ORDERED

Date: January 31, 2023

_____
ROBIN M. MERIWEATHER
UNITED STATES MAGISTRATE JUDGE