NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**WASHINGTON, D.C.   20001**

UNITED STATES OF AMERICA

vs.                                    Criminal Number   23-CR-35

TROY WEEKS
        (Defendant)

TO:    ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:    (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

/s/ James C. Knox
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

James C. Knox (517109)
*(Attorney & Bar ID Number)*
E. Stewart Jones Hacker Murphy, LLP
*(Firm Name)*
28 Second Street
*(Street Address)*
Troy          New York   12180
*(City)          (State)          (Zip)*
(518) 274-5820
*(Telephone Number)*