UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No.: 1:23-CR-35 |
| | : | |
| CASEY JANE TRYON-CASTRO et. al., | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF ATTORNEY APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Kaitlin Klamann, who may be contacted by telephone at (202) 252-6778 or by email at Kaitlin.klamann@usdoj.gov. This is notice of her appearance in this matter on behalf of the United States.

    Respectfully submitted,

    MATTHEW M. GRAVES
    United States Attorney
    DC Bar No. 481052

By:    /s/ *Kaitlin Klamann*
    KAITLIN KLAMANN
    Assistant United States Attorney
    601 D Street NW
    Washington, D.C. 20530
    (202) 252-6778
    Kaitlin.klamann@usdoj.gov
    IL Bar No. 6316768

## **CERTIFICATE OF SERVICE**

On this 16th day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Kaitlin Klamann*