IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERCA | : | |
| | : | |
| v. | : | **CRIMINAL NO. 23-CR-000035-RC-3** |
| | : | |
| TROY WEEKS, | : | |
| | : | |

**DEFENDANT WEEKS' NOTICE OF PREFERENCE FOR ZOOM HEARING**

TROY WEEKS, through his attorney JAMES C. KNOX, ESQ., hereby respectfully gives notice to the Court, pursuant to the Court's 4/14/23 minute order, that he would prefer to have the status conference currently scheduled for July 10, 2023 via ZOOM as opposed to in person.

Respectfully submitted,

E. STEWART JONES HACKER MURPHY, LLP

By**:**  */s/ James C. Knox*

James C. Knox, Esq.
Bar Roll No. 517109
*Attorney for Troy Weeks*
28 Second Street
Troy, New York  12180
Telephone:  518-274-5820
jknox@joneshacker.com

**CERTIFICATE OF SERVICE**

I hereby certify on the 6th day of July 2023, a copy of same was delivered to the parties of record pursuant to ECF and the rules of the Clerk of the Court.

*/s/ James C. Knox*