# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| v. | **Case No. 23 CR 35** |
| **CASEY TRYON-CASTRO, ADAM VILLARREAL, TROY WEEKS, PATRICK BOURNES, MICAIAH JOSEPH, and BENJAMIN SILVA.** | **Honorable Rudolph Contreras** |
| **Defendants.** | |

## JOINT MOTION FOR AMENDED PRETRIAL SCHEDULE

The United States of America, by and through its attorney, Matthew M. Graves, the United States Attorney for the District of Columbia, and the defendants, Casey Tryon-Castro, Troy Weeks, Patrick Bournes, Micaiah Joseph and Benjamin Silva[1], by and through their attorneys, hereby respectfully submit a joint proposed pretrial schedule pursuant to this Court's oral request at the October 12, 2023, status hearing. Consistent with the continued trial date of May 28, 2024, the parties agree and request that the pretrial schedule be set as follows:

- Pretrial motions due by February 9, 2024, responses due by February 23, 2024, and replies due by March 1, 2024;

- Notice of 404(b) evidence by the government due by April 22, 2024 ;

- Motions *in limine* due by April 30, 2024, responses due by May 14, 2024, and replies due by May 21, 2024;

- Exhibit lists, proposed voir dire and jury instructions due by May 17, 2024;

---

[1] Adam Villarreal has not yet been located.

- Grand jury, *Brady*, *Giglio*, and Jencks Act disclosures by the government due by May 15, 2024; and

- Pretrial Conference on or after May 22, 2024.

Respectfully submitted,

For the Defendants,

*/s/ Benjamin M. Schiffelbein*
BENJAMIN M. SCHIFFELBEIN
*Attorney for Casey Tryon-Castro*

*/s/ James C. Knox*
JAMES C. KNOX
*Attorney for Troy Weeks*

*/s/ Dyke Huish*
DYKE HUISH
*Attorney for Patrick Bournes*

*/s/ Kira A. West*
KIRA A. WEST
*Attorney for Micaiah Joseph*

*/s/ Burke Wonnell*
BURKE WONNELL
*Attorney for Benjamin Silva*

For the United States,

MATTHEW M. GRAVES
United States Attorney

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney

*/s/ Holly Grosshans*
HOLLY GROSSHANS
Assistant United States Attorney