# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.: 23-cr-00035 |
| v. | : | |
| **TYRON CASTRO, et al** | : | |
| | : | |
| | : | |
| **Defendant.** | | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney, Sarah C. Martin, who may be contacted by telephone at (202) 252-7048 or e-mail at sarah.martin@usdoj.gov. This is notice of their appearance in this matter on behalf of the United States.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

Sincerely,

*/S/ Sarah C. Martin*
Sarah C. Martin
DC Bar No. 1612989
Assistant United States Attorney
 601 D Street, N.W.
Washington, D.C. 20579
Phone: (202) 252-7048

## CERTIFICATE OF SERVICE

On this 18th day of January 2024, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/S/ Sarah C. Martin*
Sarah C. Martin
Assistant United States Attorney