**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>  v.<br><br>**CASEY TRYON-CASTRO, ADAM VILLARREAL, TROY WEEKS, PATRICK BOURNES, and MICAIAH JOSEPH,**<br><br>                   **Defendants.** | **Case No.: 1:23-CR-000035-RC** |

**UNOPPOSED MOTION TO FILE GOVERNMENT RESPONSE OUT OF TIME**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court to allow it to file its Response in Opposition to Defendant Joseph's Second Supplemental Motion to Suppress (ECF No. 138) out of time, by March 22, 2024.

In preparation for the status conference set for March 20, 2024, government counsel was reviewing the docket and determined that it had failed to timely respond to defendant's Second Supplemental Motion to Suppress. At the time of the motion's filing, undersigned government counsel was preparing for a jury trial. Government co-counsel Holly Grosshans departed the office shortly after the motion was filed. As a result, government counsel failed to notice the motion's filing and to respond by the deadline set by the Court. A hearing on defendant Joseph's pending motion to suppress has not yet been scheduled.

The Government has consulted with defense counsel, who does not object to this request.

Accordingly, the government respectfully requests that it be permitted to file its Response in Opposition to the Second Supplemental Motion to Suppress out of time, by March 22, 2024.

                                                                        Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
DC Bar No. 481052

By:   */s/ Kaitlin Klamann*
      KAITLIN KLAMANN
      Assistant United States Attorney
      IL Bar No. 6316768
      601 D Street N.W.
      Washington, D.C., 20531
      Kaitlin.Klamann@usdoj.gov
      (202) 252-6778