UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
-------------------------------------------------------X
UNITED STATES OF AMERICA,

                                Plaintiff,

      -against-

TROY WEEKS,

                                Defendant.

Case No. 23-cr-00035-RC

**MOTION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil Local Rule 83.2(d), Defendant moves for the admission and appearance of attorney Alishah E. Bhimani, Esq. *pro hac vice* in the above-entitled action. This motion is supported by the Affirmation of Alishah E. Bhimani, filed herewith. As set forth in Ms. Bhimani affirmation, she is admitted and an active member in good standing with the following courts and bars: State of New York and United States District Court, Northern District of New York. This motion is supported and signed by Emily C. Lagan, an active and sponsoring member of the Bar of this Court.

DATED: ~~March 27~~, 2024
         April 3

Respectfully submitted,

Emily C. Lagan
Bar Roll No. 1645159
Regan Zambri Long PLLC
1919 M Street, NW, Suite ~~350~~ 600
Washington, DC 20035
202-349-2827
elagan@reganfirm.com