# EXHIBIT "B"

UNITED STATES DISTRICT COURT
DISTRICT COLUMBIA
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

  -against-

TROY WEEKS,

                    Defendant.

Case No. 23-cr-00035-RC

**[DEFENDANT'S PROPOSED] ORDER GRANTING MOTION FOR ADMISSION OF ATTORNEY JAMES C. KNOX *PRO HAC VICE***

---

The Court has reviewed the Defendant's motion for admission of attorney Alishah E. Bhimani *pro hac vice*. Upon consideration of that motion, the Court grants attorney Alishah E. Bhimani *pro hac vice* admission to this Court.

IT IS SO ORDERED.

Dated:_____                    _____
                                                                         United States District Judge