

Headquarters  
652 Albany Shaker Rd.  
Albany, NY 12211

P. 518.730.3000  
F. 518.730.3981

pioneerny.com

## CERTIFICATION OF BUSINESS RECORDS

STATE OF NEW YORK)

COUNTY OF ALBANY)

Shannen Miller, being duly sworn deposes and says:

Per the Subpoena Duces Tecum request received, the following records on file with Pioneer:

- Bank statement with cancelled checks
- Signature Card
- Deposit Tickets
- Relationship Snapshot
- Images from the time period requested

I certify that I am the Deposit Operations Officer at Pioneer and that I am a custodian of above listed account records, and said account records were made in the regular course of business and that it was the regular course of business of Pioneer to make such records at the time of the recorded act, transaction, occurrence, or event, or within a reasonable time thereafter. I have compared the documents provided to our original records on file and attest that they are true and accurate copies.

*Shannen Miller* (signature)

Shannen Miller

Sworn to before me this

21st day of October, 2021

*Aimee Frank* (signature)

Notary Public

AIMEE L. FRANK  
Notary Public, State of New York  
Albany County #01FR6354552  
Commission Expires Feb. 13, 2025

Member FDIC | Equal Housing Lender