UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    vs.

TROY WEEKS,

        Defendant.

Case No. 1:23-cr-00035-RC

## MOTION FOR LEAVE TO APPEAR REMOTELY

Troy Weeks, through undersigned counsel, respectfully requests leave of court to appear, by remote video transmission at the pretrial conference scheduled for May 22, 2024, at 10:00 a.m. As set forth in the attached declaration, Mr. Weeks has circumstances that make traveling to Washington, DC onerous.

Defense counsel will appear in-person on Mr. Weeks' behalf.

Additionally, the government (AUSA Kaitlin Klamann) has advised that it has no objection to this request.

Dated: May 13, 2024                          Respectfully submitted

                                  By:    /s/ James C. Knox
                                               James C. Knox
                                               (*Admitted Pro Hac Vice*)
                                               E. STEWART JONES HACKER MURPHY, LLP
                                               28 Second Street
                                               Troy, New York 12180
                                               (518) 274-5820
                                               jknox@joneshacker.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    vs.                                                         Case No. 1:23-cr-00035-RC

TROY WEEKS,

            Defendant.

**DECLARATION OF TROY WEEKS**

I, TROY WEEKS, declare:

1. I am a defendant in the above matter.

2. I hereby submit written consent pursuant to Federal Rule of Criminal Procedure § 43(b)(3) to proceed at all states of the proceedings, as may be permitted by this Court, by video teleconferencing or, in the alternative, to proceed in my absence.

3. I have been released for the pendency of this action.

4. I have abided by all terms set forth by Pretrial Services and the Court.

5. I reside in the Town of Rensselaerville, in Albany County, New York.

6. I have cooperated and will continue to cooperate fully with Pretrial Services and with my attorney and will continue to abide by all the conditions of my release.

7. Travel to and from the District of Columbia for purposes of attending the pretrial conference in person would represent a significant financial burden to me. To appear in person, I will have to pay for my travel, as well as miss a significant number of hours from my job.

8. I understand that it is my right to be physically present for all appearances, hearings and other proceedings, and am waving that right as to the pretrial conference scheduled for May 22, 2024.

9. I will abide by the Court's directions as to the manner and mode of my appearance at this or any future proceedings, but I am grateful to the Court for any courtesies it can extend to minimize my travel to the District of Columbia.

10. I am respectfully requesting to appear remotely at the pretrial conference scheduled for May 22, 2024.

11. My attorney, James Knox, will be physically present.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this was executed on May 13, 2024, at  Albany County   New York.

*[signature]*
TROY WEEKS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

UNITED STATES OF AMERICA,

    vs.                                                                                  Case No. 1:23-cr-00035-RC

TROY WEEKS,

        Defendant.

---

MEMORANDUM OF POINTS AND AUTHORITIES:
THE COURT MAY PERMIT APPEARANCES BY VIDEO
TELECONFERENCING AND EXCUSE A DEFENDANT'S PHYSICAL
PRESENCE WHEN THE PROCEEDING INVOLVES ONLY A CONFERENCE.

Federal Rule of Criminal Procedure § 43(b)(3) provides that "a defendant need not be present [when] the proceeding involves only a conference or a hearing on a question of law."

Defendant has provided written consent, by way of his declaration filed herewith, to appear by video teleconferencing for the pretrial conference scheduled for May 22, 2024 and, without objection from the government, respectfully requests that the Court permit him to appear remotely on May 22, 2024. Defense counsel will appear in person.

Dated: May 13, 2024                                  Respectfully submitted,

                                              By:    /s/ James C. Knox
                                                         James C. Knox
                                                         (*Admitted Pro Hac Vice*)
                                                         E. STEWART JONES HACKER MURPHY, LLP
                                                         28 Second Street
                                                         Troy, New York 12180
                                                         (518) 274-5820
                                                         jknox@joneshacker.com

## CERTIFICATE OF SERVICE

I, James C. Knox, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 13, 2024.

/s/ James C. Knox
James C. Knox