UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Case No. 23-CR-35 (RC)** |
| | : | |
| **CASEY JANE TRYON CASTRO,** | : | |
| **MICAIAH JOSEPH AND TROY** | : | |
| **WEEKS,** | : | |
| | : | |
| **Defendants.** | : | |

### GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE PURSUANT TO RULE 902(14) OF THE FEDERAL RULES OF EVIDENCE

The United States of America formally notifies the defendant of its intention to offer evidence pursuant to Rule 902(14) of the Federal Rules of Evidence during its case-in-chief.

The Federal Rules of Evidence provide:

> The following items of evidence are self-authenticating; they require no extrinsic evidence of authenticity in order to be admitted:
>
> […]
>
> (14) Certified Data Copied from an Electronic Device, Storage Medium, or File.  Data copied from an electronic device, storage medium, or file, if authenticated by a process of digital identification, as shown by a certification of a qualified person that complies with the certification requirements of Rule 902(11) or (12).  The proponent also must meet the notice requirements of Rule 902(11).

Fed. R. Evid. 902(14).

The following are the self-authenticating exhibits that the government intends to offer during its case-in-chief pursuant to Rule 902(14):

1

| EXHIBITS | DESCRIPTION |
|---|---|
| Exhibit 502 and all subparts | Items extracted from a Samsung Galaxy S10+ Cellphone Seized from Defendant Micaiah Joseph |

The proposed exhibits have been provided to the defense and remain available for inspection and copying at the United States Attorney's Office upon request by defense counsel. Exhibit 502 and all subparts have an accompanying certification complying with the requirements of Fed. R. Evid. 902(14), as well as a chain of custody form, and an FBI report written by the CART examiner, which are attached hereto as Exhibits 1, 2, and 3 respectively.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:    */s/ Kaitlin Klamann*
KAITLIN KLAMANN
Assistant United States Attorney
IL Bar No. 6316768
601 D Street NW
Washington, D.C. 20530
(202) 252-6778
Kaitlin.klamann@usdoj.gov

SARAH C. MARTIN
Assistant United States Attorney
Bar No. 1612989
601 D Street NW
Washington, D.C. 20530
(202) 252-7048
Sarah.Martin@usdoj.gov