## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.         : | Case No. 23-CR-35 (RC) |
| : | |
| CASEY JANE TRYON CASTRO, : | |
| MICAIAH JOSEPH AND TROY : | |
| WEEKS, : | |
| : | |
| Defendants.    : | |

## CERTIFICATION OF AUTHENTICITY OF DATA COPIED FROM AN ELECTRONIC DEVICE, STORAGE MEDIUM, OR FILE PURSUANT TO FRE 902(14)

I, Andrew Kochy, attest under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by the Federal Bureau of Investigation (FBI), and my title is Special Agent Digital Forensic Examiner (SA/DFE). I have been employed by the FBI for approximately 22 years. The SA/DFE is responsible for the lawfully authorized imaging, extracting/copying of the contents of electronic devices to include electronic storage media, cellular telephones, and other electronic devices.  By reason of my position and specialized training, I am authorized and qualified to make this declaration as a "qualified person" under Rule 902(14) of the Federal Rules of Evidence.

I further state:

1. On January 26, 2023, I received a seized Samsung Galaxy S10+ mobile phone, International Mobile Equipment Identifier (IMEI) 352689105681302, model SM-G975U1, with Device Bluetooth Name: "Micaiah's S10+" ("the Device"), which had been logged into evidence with the FBI as Item 1B1.

2. I performed an extraction of the Device on or about January 27, 2023, using a specialized hardware device called Cellebrite Premium. This device is widely used by Law Enforcement and is known to be an industry standard.

3. Furthermore, I know that the forensic copying process was complete and accurate because the forensic software generated a hash (i.e., digital fingerprint) of the image and because the software expressly indicated that the extraction was successful.

4. The Cellebrite Premium device was working as designed on the date of extraction.

5. After the extraction was created, the data was processed and provided to the FBI Special Agent assigned to the investigation.

6. The Device was then returned to the FBI Evidence Control Center (ECC).

7. I certify that Government Exhibits 502 and its subparts consist of true and accurate copies of messages and other items from the extraction of the Device.

8. I further state that this certification is intended to satisfy Federal Rules of Evidence 902(13) and 902(14).

_____
Special Agent Andrew Kochy, FBI
DATE: May 10, 2024