**FD-1004**
Rev.07-27-2021

# FEDERAL BUREAU OF INVESTIGATION
## EVIDENCE CHAIN OF CUSTODY

| Evidence Type: | ☐ General | ☐ Drugs | ☐ Firearms Weapon | Item # | / |
|---|---|---|---|---|---|
| | ☒ Digital | ☐ Valuables | | | |

| Special Handling Instructions | | | Initial Receipt | Date and Time |
|---|---|---|---|---|
| ☐ HAZMAT   ☐ Latents   ☐ FGJ | | | Signature of Seizing Individual: *David Holt* | 1/18/2023 8:20 am |
| ☐ Req. Charging   ☐ Freeze   ☐ Refrigerate | | | Printed Name/Agency: David Holt/FBI | |
| ☐ Biohazard | | | Reason: Initial Collection | |
| ☐ Other _____ | | | Collected By: Lindsey Coulter | |
| | | | Agency: FBI | |

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: *David Holt* | 1/18/2023 3:32 pm | Signature: *Jordan* JAN | 18 2023 3:32 |
| Printed Name/Agency: David Holt/FBI | | Printed Name/Agency: ABIGAIL JORDAN | |
| Reason: To ECC | | Reason: Storage | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: *Jordan* | JAN 20 2023 2:24 pm | Signature: | JAN 20 2023 2:24 pm |
| Printed Name/Agency: ABIGAIL JORDAN | | Printed Name/Agency: MATTHEW J. DRUMMOND | |
| Reason: From Storage | | Reason: ATF Request | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | JAN 20 2023 2:45 | Signature: *Jordan* | JAN 20 2023 2:45 |
| Printed Name/Agency: MATTHEW J. DRUMMOND / FBI | | Printed Name/Agency: ABIGAIL JORDAN | |
| Reason: To ECC | | Reason: Storage | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: Josephine Lee | JAN 26 2023 1219 pm | Signature: *Andrew Kochy* | JAN 26 2023 1219 pm |
| Printed Name/Agency: Josephine Lee | | Printed Name/Agency: Andrew Kochy - FBI | |
| Reason: From Storage | | Reason: CART | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: *Andrew Kochy* | 1/31/23 1235 pm | Signature: | 1/31/23 12:35 pm |
| Printed Name/Agency: Andrew Kochy - FBI | | Printed Name/Agency: Gabriela Mancini/FBI | |
| Reason: Transport / CART | | Reason: Cart Request | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: *Mancini* | 2/6/23 1:34 pm | Signature: *Andrew Kochy* | 2/6/23 1:34 pm |
| Printed Name/Agency: Gabriela Mancini/FBI | | Printed Name/Agency: Andrew Kochy - FBI | |
| Reason: Transfer | | Reason: CART Evidence (AK) | |

| Firearm Certification by (FI/SWAT) / Explosive Device Certification by (SABT): | ATF Trace Form Completed: ☐ |
|---|---|
| Printed Name: | NCIC: ☐ |
| Signature: | Explosive device safe for ECR storage: |
| Date: | |

Case ID: 89B-WF-3368293-**221**-AFD      1B: 1      Barcode: E7175648

*This form is incomplete without reference to the FD-1087.*

FD-1004
Rev.07-27-2021

## EVIDENCE CHAIN OF CUSTODY

| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
|---|---|---|---|
| Signature: *Andrew Kochy* | FEB 13 2023 8:30 Am | Signature: *Josephine Lee* | FEB 13 2023 8:30 Am |
| Printed Name/Agency: Andrew Kochy - FBI | | Printed Name/Agency: Josephine Lee | |
| Reason: TO ECL | | Reason: Storage | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |
| Relinquished Custody | Date and Time | Accepted Custody | Date and Time |
| Signature: | | Signature: | |
| Printed Name/Agency: | | Printed Name/Agency: | |
| Reason: | | Reason: | |

Case ID: 89B-WF-3368293-221_AFO   IB: 1   Barcode: E7175648

*This form is incomplete without reference to the FD-1087.*