FD-302 (Rev. 5-8-10)

## FEDERAL BUREAU OF INVESTIGATION

Date of entry      06/14/2023

The following is provided in association with a Computer Analysis Response Team (CART) request, Submission ID: 276215. All activities were conducted at the Washington Field Office (WFO) Northern Virginia Resident Agency.

- **Requestor:** SA Mathew J. Drummond
- **Request Date:** January 23, 2023
- **Legal Authority:** Search Warrant
- **Dates of Activity:** January 26 - June 8, 2023

**Item(s) Submitted:**

| Unique ID | Evidence Designation | Evidence Description |
|-----------|---------------------|----------------------|
| 1B | E7175648 | Samsung Galaxy S10+, SM-G975U1 |

**Summary:**

In CART Service Request 276215, Special Agent (SA) Drummond requested the Washington Field Office (WFO) Computer Analysis Response Team (CART) process the submitted items and place on the Case Agent Investigative Review (CAIR) network for Case Agent review.  Writer conducted a physical examination of the submitted item.  The rear of the phone was cracked.

**Details of Examination:**

The following processes were performed in accordance with CART standards and procedures:

- Legal authority was reviewed.
- A physical examination was conducted and discrepancies were noted.
- Hardware and System information was obtained where appropriate.
- Write protection procedures were followed where appropriate.
- Wiping procedures were followed where appropriate.
- Imaging procedures were followed.
- Verification of images and copied media were followed.
- Post-examination hash verification was completed.
- Data Extraction and interpretation procedures were followed.

Investigation on   01/26/2023   at   Manassas, Virginia, United States (In Person)

File #   89B-WF-3368293-221_AFO                          Date drafted   06/08/2023

by   Andrew Kochy

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 5-8-10)

89B-WF-3368293-221_AFO

(U) Report of Examination for Submission

Continuation of FD-302 of   ID: 276215 _____ , On  01/26/2023 , Page   2 of 2

- Electronic device (cell phone, GPS, PDA, etc) procedures were followed
  where appropriate.

**Derivative Evidence/Disposition of Evidence:**

DEWF1_Archive:  One (1) 750GB Seagate hard drive, S/N:  5WS06D02, containing
a Master Copy of the associated Full File System image and UFDR Report for
1B1.

DEWF1_Filtered:  One (1) 500GB Seagate hard drive, S/N: 9VM2QF2J, containing
a Master Copy of the filtered report and the tagged ("potentially
privileged") report for 1B1.

DEWF1_Scope_Archive:  One (1) 700MB Verbatim CD containing a Master Copy of
the associated scoped report (UFDR) for 1B1.

Defense276215:  One (1) 1TB Western Digital hard drive (S/N:  WMC1S5111266)
containing a defense copy of the associated Full File System image and UFDR
Report for 1B1.