UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.  23-CR-35 |
| v. | : | |
| | : | |
| CASEY TRYON-CASTRO, MICAIAH | : | |
| JOSEPH AND TROY WEEKS, | : | |
| | : | |
| | : | |
| Defendants. | : | |

## JOINT PRETRIAL STATEMENT

Pursuant to the Court's October 20, 2023, Scheduling Order (ECF No. 130), the parties submit the following joint pretrial statement:

**1.    Proposed Statement of the Case**

This is a criminal case. The United States has charged the defendants in connection with events which occurred at the United States Capitol on January 6, 2021. The indictment alleges that the defendants obstructed law enforcement officers during a civil disorder; that each defendant assaulted police officers on the grounds of the U.S. Capitol; as to defendant Tryon-Castro, that she robbed a police officer of his shield.  The indictment also charges each of the defendants with entering and remaining in the restricted U.S. Capitol building and grounds; disorderly and disruptive conduct; engaging in physical violence; and impeding passage through the Capitol grounds or buildings.

The defendants have pleaded not guilty to all charges.

**2.    Estimate of the Number of Trial Days**

The parties anticipate that the trial will last four to five trial days.

**3.    Expert Witnesses**

Neither party intends to call any expert witnesses in its case-in-chief.

1

4. **List of Outstanding Motions in Limine**

- Government's Motion *in Limine* regarding evidence about specific locations of CCTV cameras (ECF No. 164)
- Government's Motion *in Limine* to preclude improper defense arguments and evidence about law enforcement (ECF No. 165)
- Government's Motion *in Limine* to limit the cross-examination of U.S. Secret Service Witnesses (ECF No. 166)

The defendants have not filed oppositions to any of the pending motions *in limine*.

5. **Proposed Voir Dire**

The government's proposed voir dire questions are attached as Exhibit A. The government did not receive comments on or objections to its proposed voir dire from defense counsel prior to the filing of this submission.

6. **Proposed Jury Instructions**

A copy of the government's proposed jury instructions is attached as Exhibit B. The government only received comments and objections from counsel for defendant Micaiah Joseph, which are incorporated into Exhibit B.

7. **List of Prior Convictions**

The government is not aware of any prior convictions of the defendants, and does not intend to use any prior conviction for impeachment or any other purpose.

8. **List of Exhibits**

A copy of the government's exhibit list is attached as Exhibit C. The government did not receive objections to its exhibits from any defendants. A binder of the non-video exhibits that the government intends to use at trial will be separately provided to the court.

A copy of defendant Micaiah Joseph's exhibit list, with the government's objections noted, is attached as Exhibit D. The government did not receive copies of exhibits or exhibits lists from defendant Tryon-Castro.

9. **Stipulations**

The government provided defense counsel with ten proposed stipulations. The parties' current positions on the proposed stipulations are:

| Government Proposed Stipulation | Defendant Joseph's Position | Defendant Tryon-Castro's Position |
|---|---|---|
| 901. CCTV Stipulation | Agreed | Agreed with modification |
| 902. Third Party Video Stipulation | In discussion | Agreed with modification |
| 903. Restricted Perimeter Stipulation | Will not agree | Agreed with modification |
| 904. Interstate Commerce Stipulation | Will not agree | Will not agree |
| 905. Federally Protected Function Stipulation | Agreed | No position received |
| 906A-B. Identity Stipulations | Agreed with modification | Will not agree |
| 907. BWC Stipulation | Agreed with modification | Agreed with modification |
| 908. Federal Officers Stipulation | Agreed | Agreed |
| 909. Authenticity of Joseph's Cellular Phone | Will not agree | N/A |
| 910. Physical Evidence Stipulation | In discussion | N/A |

10. **Judicial Notice**

The parties are not requesting judicial notice of any matters at this time.

11. **Proposed Verdict Form**

A copy of the parties' proposed verdict forms are attached as Exhibit E.

                     Respectfully submitted,

                     MATTHEW M. GRAVES
                     United States Attorney
                     DC Bar No. 481052

*/s/ Kaitlin Klamann*
KAITLIN KLAMANN
SARAH MARTIN
Assistant United States Attorneys