UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | : | Case. No. 23-CR-35 (RC) |
| --- | --- | --- |
| v. | : | |
| CASEY JANE TRYON-CASTRO ET. AL | : | |
| Defendant. | : | |

**Government Exhibits**

| 000 SERIES – VIDEO MONTAGES | | |
| --- | --- | --- |
| *No.* | *Description* | *Objections* |
| 001 | USCP Montage with Radio Runs | |
| 002 | Official Proceeding Montage | |
| 003 | USSS Video with Radio Runs | |
| 004 | LWT Tunnel Video Compilation | |
| **100 SERIES – USCP VIDEO** | | |
| *No.* | *Description* | *Objections* |
| 101 | USCP Camera 0944 at approximately 2:40 p.m. | |
| 102 | USCP Camera 0944 – Time Lapse | |
| 103 | USCP Camera 0074 at approximately 2:30 p.m. to 2:50 p.m. | |

| No. | Description | |
|---|---|---|
| 104 | USCP Camera 0074 at approximately 2:49 p.m. to 3:30 p.m. | |
| 105 | USCP Camera 0074 at approximately 3:30 to 4:15 p.m. | |
| 106 | USCP Camera 0075 | |
| 107 | USCP Camera 0076 | |
| 108 | Handheld USCP Surveillance Video Clip | |
| 109 | CCTV of Relocation of VP Pence | |
| **200 SERIES – BODY WORN CAMERA (BWC)** | | |
| *No.* | *Description* | *Objections* |
| 201 | BWC of MPD Sergeant Bogner | |
| 202 | BWC of MPD Officer Boone | |
| 203 | BWC of MPD Officer Bryan | |
| 204 | BWC of MPD Officer Foulds | |
| 205 | BWC of MPD Officer Laurore | |
| 206 | BWC of MPD Officer Lawzewski | |
| 207 | BWC of MPD Officer Lombardini | |
| 208 | BWC of MPD Sergeant Mastony | |

| No. | Description | |
|---|---|---|
| 209 | BWC of MPD Officer Park | |
| 210 | BWC of MPD Officer Wilhoit | |
| 211 | BWC of MPD Officer Gould | |
| 212 | BWC of MPD Officer Bruno | |

### 300 SERIES – OPEN-SOURCE VIDEO

| *No.* | *Description* | *Objections* |
|---|---|---|
| 301 | Archive.org Video 1 | |
| 302 | Archive.org Video 2 | |
| 303 | BCP Video | |
| 304 | Cantwell Video 1 | |
| 305 | Cantwell Video 2 | |
| 306 | Cantwell Video 3 | |
| 307 | Cantwell Video 4 | |
| 308 | Farina Video | |
| 309 | Full Footage Video | |
| 310 | Go Pro 21-002679 Video Clip | |

| | | |
|---|---|---|
| 311 | Johnston Video | |
| 312 | Just Another Channel Clip | |
| 313 | Mattice Clip | |
| 314 | Melagrano Video | |
| 315 | Parler Video | |
| 316 | Pi Anon Video | |
| 317 | Political Trance Video Clip 1 | |
| 318 | Political Trance Video Clip 2 | |
| 319 | RMG Video Clip | |
| 320 | St. Cyr Video 1 | |
| 321 | St. Cyr Video 2 | |
| 322 | Stoll Video 1 | |
| 323 | Stoll Video 2 | |
| 324 | Stoll Video 3 | |
| 325 | Sturgeon Video | |
| 326 | Washington Protest Clip | |

| No. | Description | Objections |
|---|---|---|
| 327 | Will DuPraw Video Clip | |
| 328 | Inaugural Stage Video | |
| 329 | AmberFacebook Video | |
| 330 | Red Pill Fairy Video | |
| 331 | CJR Video | |

**400 SERIES – PHOTOGRAPHS, MAPS AND MODELS**

| _No._ | _Description_ | _Objections_ |
|---|---|---|
| 401 | Aerial View of U.S. Capitol Building | |
| 402 | Restricted Perimeter Map | |
| 403 | "Area Closed" Sign | |
| 404 | Capitol Grounds with "Area Closed" and Fencing | |
| 405 | Capitol Grounds | |
| 406 | 3D Model of U.S. Capitol Building – Top Down | |
| 407 | 3D Model of U.S. Capitol Building – Northwest | |
| 408 | 3D Model of U.S. Capitol Building – West Front | |
| 409 | 3D Model of U.S. Capitol Building – Inaugural Stage Overhead | |

| | | |
|---|---|---|
| 410 | 3D Model of U.S. Capitol Building – West Front Overhead | |
| 411 | Photographs of Search of Micaiah Joseph Residence | |
| 411A | Photograph from Search of Joseph Residence | |
| 411B | Photograph from Search of Joseph Residence | |
| 411C | Photograph from Search of Joseph Residence | |
| 411D | Photograph from Search of Joseph Residence | |
| 411 E | Photograph from Search of Joseph Residence | |
| 411F | Photograph from Search of Joseph Residence | |
| 411G | Photograph from Search of Joseph Residence | |
| 411H | Photograph from Search of Joseph Residence | |
| 411I | Photograph from Search of Joseph Residence | |
| 411J | Photograph from Search of Joseph Residence | |
| 411K | Photograph from Search of Joseph Residence | |
| 411L | Photograph from Search of Joseph Residence | |
| 411M | Photograph from Search of Joseph Residence | |
| 412 | Photographs from Tryon-Castro Residence | |

| | | |
|---|---|---|
| 412A | Photograph of Jeans 1 | |
| 412B | Photograph of Jeans 2 | |
| 413 | Will DuPraw Photograph of Micaiah Joseph | |

### 500 SERIES – CELLPHONE EVIDENCE

| *No.* | *Description* | *Objections* |
|---|---|---|
| 501 | Samsung Galaxy S10+ Cellphone with Blue Cover Seized from Micaiah Joseph | |
| 502 | Content from Joseph Cellular Phone | |
| 502A | January 6, 2021 Text Messages | |
| 502A.1 | Photograph 1 sent during January 6, 2021 Text Messages | |
| 502A.2 | Photograph 2 sent during January 6, 2021 Text Messages | |
| 502A.3 | Photograph 3 sent during January 6, 2021 Text Messages | |
| 502B | January 15, 2021 Text Messages | |
| 502C | Photograph | |
| 502D | Thumbnail Photograph | |
| 502E | Thumbnail Photograph | |
| 502F | Video | |

| 502G | Cellebrite Report of Device Information | |

| **600 SERIES – PHYSICAL EVIDENCE** |||

| _No._ | _Description_ | _Objections_ |
|---|---|---|
| 601 | Ammunition belt seized from Joseph residence | |
| 602 | Black backpack seized from Joseph residence | |
| 603 | Blue neck gaiter seized from Joseph residence | |
| 604 | Brown tricorn leather hat seized from Joseph residence | |
| 605 | Black body armor seized from Joseph residence | |

| **700 SERIES – DOCUMENTS** |||

| _No._ | _Description_ | _Objections_ |
|---|---|---|
| 701 | Congressional Record – Senate | |
| 702 | Congressional Record – House | |
| 703 | Senate Concurrent Resolution | |
| 704 | 12th Amendment | |
| 705 | 3 U.S.C. § 15 | |
| 706 | 3 U.S.C. § 16 | |

| No. | Description | |
|---|---|---|
| 707 | 3 U.S.C. § 17 | |
| 708 | 3 U.S.C. § 18 | |
| 709 | House Video Certificate of Authenticity | |
| 710 | Senate Video Certificate of Authenticity | |
| 711 | January 5 2021 Email from USSS Inspector Hawa re Head of State Notification | |
| 712 | Secret Service Head of State Notification Worksheet | |
| 713 | Safeway Email re: DC Closure | |
| 714 | Safeway Daily Sales Report | |
| 715 | Safeway Business Records Certification | |

**800 SERIES – OTHER**

| *No.* | *Description* | *Objections* |
|---|---|---|
| 801 | Pioneer Bank records pertaining to account x5265 in the name of Troy Week | |
| 801A | Bank of America Signature Card for account x5265 | |
| 801B | ATM Photograph 1 dated January 4, 2021 | |
| 801C | ATM Photograph 2 dated January 4, 2021 | |
| 801D | ATM Photograph 3 dated January 4, 2021 | |

| No. | Description | Objections |
|---|---|---|
| 801E | Pioneer Bank Business Records Certification | |
| 802 | Office information for Senator Mark Warner | |
| 803 | AT&T records pertaining to phone number XXX-XXX-2145 | |
| 803A | AT&T subscriber records for phone number XXX-XXX-2145 | |
| 803B | AT&T toll records for phone number XXX-XXX-2145 | |
| 803C | AT&T Business Records Certification | |
| 804 | Virginia Employment Commission Wage Records for Micaiah Joseph | |

**900 SERIES - STIPULATIONS**

| *No.* | *Description* | *Objections* |
|---|---|---|
| 901 | Stipulation Regarding Authenticity of CCTV | |
| 902 | Stipulation Regarding Third Party Video | |
| 903 | Stipulation Regarding Restricted Perimeter | |
| 904 | Stipulation Regarding Interstate Commerce | |
| 905 | Stipulation Regarding Federally Protected Function | |
| 906A | Stipulation Regarding Identity of Defendant Casey Tryon-Castro | |
| 906B | Stipulation Regarding Identity of Defendant Micaiah Joseph | |

| | | |
|---|---|---|
| 906C | Stipulation Regarding Identity of Defendant Troy Weeks | |
| 907 | Stipulation Regarding Body-Worn Camera Footage | |
| 908 | Stipulation Regarding Federal Officers | |
| 909 | Stipulation Regarding Cell Phone Seized from Defendant Micaiah Joseph | |
| 910 | Stipulation Regarding Physical Evidence | |