# GOVERNMENT EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

    Plaintiff

v.      Case No. 23-CR-35(RC)

MICAIAH JOSEPH

    Defendant

==Draft 5.16.24==

TRIAL EXHIBITS FOR THE DEFENDANT

| Exhibit No. | Description | Government Objections |
|---|---|---|
| | ==100 Series== | |
| 100 | Trump at Rally call to Capitol clipped | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 101 | Maga Rally Guide | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 102 | Photos of Crowds at Ellipse area | FRE 401; FRE 403 |
| | | |
| | ==200 Series–== | |
| 200 | Capitol Map West Front | |
| 201a-f | USCP Demonstration Endorsement Sheets | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 202 | USCP Timeline | FRE 401; FRE 403; FRE 802 |
| 203 | USCP CDU Opps Plan from Jan 3-Jan 9, 2021 | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |

| | | |
|---|---|---|
| 203 a | Screenshots from CDU Opps Plan – current permitted events | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 203b | Screenshot from CDU Opps Plan – mission objectives | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 203c | Screenshot from CDU Ops Plan – use of force directive | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 203d | Map of restricted perimeter from CDU Ops Plan | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 204 | Redlined Restricted Perimeter Map | |
| 204a | Capitol Police demonstration area map | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 204b | Capitol Police demo areas map marked with approved permits for Jan. 6th | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 205 | Bogner BWC view of tunnel | |
| 206 | Final Investigative report Use of Force by MPD | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 206a-f | Screenshots from 206 | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 207 | Capitol Police use of force directive manual | FRE 401; FRE 403; FRE 802; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 208 | US Capitol and Grounds 3D Renderings | |
| | **Intentionally Blank** | |
| | **300 Series – Exterior CCTV** | |
| 300 | ex. 300 -0600 E USCG 00 NW Drive Exit-at 1.47pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 301 | ex. 301 - 0600 E USCG 00 NW Drive Exit -at 2.00pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 302 | ex. 302 - 0600 E USCG 00 NW Drive Exit-at 2.13pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 303 | ex. 303 - 3187 E QNW 00 Peace Circle NW at 12.40pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 304 | ex. 304 - 3187 E QNW 00 Peace Circle NW-at 1.40pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |

| 305 | **ex. 305 - 3187 E QNW 00 Peace Circle NW-2021-at 2.00pm** | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |

| | | |
|---|---|---|
| 306 | ex. 306 - 3187 E QNW 00 Peace Circle NW-at 2.40pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 307 | ex. 307 - 3187 E QNW 00 Peace Circle NW-at 1:20pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 308 | ex. 308 - 3187 E QNW 00 Peace Circle NW-at 2.20pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 309 | ex. 309 - 0514 E USCS RF Capitol West Front-at 12.50pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 310 | ex. 310 - 0944 E USCS RF West Roof-2021-01-06_at 12:54pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 311 | ex. 311 - 0514 E USCS RF Capitol West Front-2021-01-06_at 1:54pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 312 | ex. 312 -0908_USCD_LA_West_Dome-at 1:51pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 312 a and b | Camera 0908 at 12:50pm and 2:11pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 313 | Montage video of West Front initial breach | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 314 | Camera 0908 E USCD LA West Dome starting at 12:45pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 314a | Clip of 314 starting at 12.55pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 314b | Clip of 314 starting at 1:00pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| 315 | 0941 E QNW 00NJ-Con NW 2021-01-06 starting at 12:25pm | FRE 401, 403; Government's motion *in limine* on public authority defense (ECF No. 165) |
| | Intentionally blank | |
| | | |
| | **400 Series – Screenshots** | |
| 400 | Screenshot from Just Another Channel video | |
| 401 | Screenshot from ex. 505 | |
| 402 | Screenshot from Body Worn Camera X6039BEWQ | |

| 403 | Screenshot from ex. 502 | |

| | | | | |
|---|---|---|---|---|
| 404 | Screenshot from Body Worn Camera X6039BFEY at 3:05:36pm | | | |
| 405 | Screenshot from Body Worn Camera X6039BFEY at 3:05:42pm | | | |
| 406 | Screenshot from Body Worn Camera X6039BFEY at 3:08:11pm | | | |
| 407 | Screenshot from CCTV Cam 74 at 3:11:44pm | | | |
| 408 | Screenshot from CCTV Cam 74 at 3:11:47pm | | | |
| 409 | Screenshot from Video 1 – Cantwell 302 to 208 at 9 seconds | | | |
| | | | | |
| | | | | |
| | 500 Series– Open Source | | | |
| 500 | 500-089B-WF-3368293-221_AFO_0000015_1A0000004_0000001 | | | |
| 501 | 501-089B-WF-3368293-221_AFO_0000015_1A0000004_0000002 | | | |
| 502 | 502-20210106_151419 | | | |
| 503 | Intentionally blank | | | |
| 504 | Unbelievable Footage Open Source video | | | |
| 504a-c | Screenshots from 504 | | | |
| 505 | IMG 2797 video | | | |
| 506 | Just Another Channel clipped video | | | |
| 507 | Video 1 -Cantwell 302 to 208 | | | |
| | | | | |
| | Intentionally blank | | | |
| | 600 Series  - Body Worn Camera | | | |
| 600 | 600- starts at 3.02.08pm[Joseph_-_Wilhoit_BWC] | | | |
| 601 | 601 -starts at 3.05.30pm[Joseph_-_Park_BWC] | | | |
| 602 | 602 -starts at 3.07.40pm[Joseph_-_Park_BWC_2] | | | |
| 603 | 603 _ Sergeant William Bogner BWC FULL | | | |

| 604 | 604 -starts at 3.08.15pm [Joseph_-_Park_BWC_2] | | | |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  | **Series 700- CCTV** |  |  |  |
| **700** | **Camera 74 2:49pm-3:30pm CCTV** |  |  |  |
|  | **Intentionally Blank** |  |  |  |