# GOVERNMENT EXHIBIT E

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
: Case No. 23-CR-35
v. :
:
MICAIAH JOSEPH, :
:
:
Defendant. :

## VERDICT FORM

**COUNT ONE:** Civil Disorder

_____         _____
Not Guilty                    Guilty

**COUNT EIGHT:** Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting

_____         _____
Not Guilty                    Guilty

**COUNT TEN:** Entering or Remaining in a Restricted Building or Grounds

_____         _____
Not Guilty                    Guilty

**COUNT TWELVE:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds

_____         _____
Not Guilty                    Guilty

**COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds**

_____      _____
Not Guilty                           Guilty

**COUNT SIXTEEN: Impeding Passage Through the Capitol Grounds or Buildings**

_____      _____
Not Guilty                           Guilty

Dated this \_\_\_\_\_ day of \_\_\_\_\_, 2024

_____
FOREPERSON

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :  **Case No.  23-CR-35** |
| v. | : |
| | : |
| **CASEY TRYON-CASTRO,** | : |
| | : |
| | : |
| **Defendant.** | : |

## VERDICT FORM

**COUNT ONE:** Civil Disorder


_____       _____
Not Guilty                  Guilty


**COUNT FOUR:** Assaulting, Resisting, or Impeding Certain Officers


_____       _____
Not Guilty                  Guilty


**COUNT FIVE:** Robbery and Aiding and Abetting


_____       _____
Not Guilty                  Guilty


**COUNT SEVEN:** Assaulting, Resisting, or Impeding Certain Officers and Aiding and Abetting


_____       _____
Not Guilty                  Guilty

**COUNT TEN**: Entering or Remaining in a Restricted Building or Grounds

_____        _____
Not Guilty                          Guilty

**COUNT TWELVE**: Disorderly or Disruptive Conduct in a Restricted Building or Grounds

_____        _____
Not Guilty                          Guilty

**COUNT FOURTEEN**: Engaging in Physical Violence in a Restricted Building or Grounds

_____        _____
Not Guilty                          Guilty

**COUNT SIXTEEN**: Impeding Passage Through the Capitol Grounds or Buildings

_____        _____
Not Guilty                          Guilty

Dated this \_\_\_\_\_ day of \_\_\_\_\_, 2024

_____
FOREPERSON

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No.   23-CR-35 |
| v. | : | |
| | : | |
| **TROY WEEKS,** | : | |
| | : | |
| | : | |
| **Defendant.** | : | |

**VERDICT FORM**

**COUNT ONE:** Civil Disorder


_____        _____
Not Guilty                             Guilty

**COUNT SIX:** Assaulting, Resisting, or Impeding Certain Officers


_____        _____
Not Guilty                             Guilty

**COUNT TEN:** Entering or Remaining in a Restricted Building or Grounds


_____        _____
Not Guilty                             Guilty

**COUNT TWELVE:** Disorderly or Disruptive Conduct in a Restricted Building or Grounds


_____        _____
Not Guilty                             Guilty

**COUNT FOURTEEN: Engaging in Physical Violence in a Restricted Building or Grounds**

_____       _____
Not Guilty                             Guilty

**COUNT SIXTEEN: Impeding Passage Through the Capitol Grounds or Buildings**

_____       _____
Not Guilty                             Guilty

Dated this \_\_\_\_\_ day of \_\_\_\_\_, 2024

_____
FOREPERSON