**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  23-35 (RC) |
| | : | |
| TROY WEEKS, | : | |
| | : | |
| Defendant. | : | |

<u>**SENTENCING SCHEDULING ORDER**</u>

It is hereby **ORDERED** that the following schedule shall govern the sentencing

proceedings in this case:

1. sentencing in this matter is set for **November 1, 2024 at 2:00 p.m.** in Courtroom

    23A;

2. the probation officer assigned to this case shall disclose the draft pre-sentence

    investigation report to the parties no later than **September 19, 2024**;

3. counsel shall submit objections (if any) to the draft pre-sentence investigation

    report to the probation officer no later than **October 3, 2024**;

4. the probation officer shall disclose to the parties and file with the Court the final

    pre-sentence investigation report no later than **October 10, 2024**; and

5. any party wishing to submit a memorandum in aid of sentencing must do so no

    later than **October 17, 2024**, with all responses (if any) due by **October 24, 2024**,

    and all such memoranda and responses thereto must cite to supporting legal

    authority.

   **SO ORDERED**.


Dated:  May 22, 2024                                                RUDOLPH CONTRERAS
                                                                              United States District Judge