CO 526 Rev. 5/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA   )
                           )
            vs.            )   Criminal Case No.: 23-35 (RC) (3)
                           )
Troy Weeks                 )
                           )
                           )

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his right to trial by jury.

_____
Defendant

_____
Counsel for Defendant

I consent:

_____
Assistant United States attorney

Approved:

_____                    Date: 5/22/24
Rudolph Contreras
United States District Judge