IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CASE NO. 23-CR-35-RC-3** |
| | : | |
| TROY WEEKS, | : | |
| Defendant. | : | |
| | : | |

**MOTION TO EXTEND SURRENDER DATE**

    Defendant, Troy Weeks, through undersigned counsel, respectfully requests that this Court extend the time for him to surrender to the Bureau of Prisons to begin serving his sentence by two weeks. Specifically, Mr. Weeks seeks leave of the Court to self-surrender to the BOP on January 2, 2025.

    In support of the motion, it is averred:

    1.    On May 22, 2024, Mr. Weeks pleaded guilty to Counts 1, 6, 10, 12, 14, 16 of the superseding indictment filed on September 6, 2023.

    2.    On November 1, 2024, the Court sentenced Mr. Weeks to twenty-one (21) months of incarceration, followed by thirty-six (36) months of supervised release, and restitution in the amount of $2,000.00. The Court also granted Mr. Weeks permission to self-surrender to the BOP upon designation of the federal prison where he will serve his sentence.

    3.    On December 2, 2024, the Probation Office informed Mr. Weeks that he was designated to FMC Devens and directed him to report to the facility by 2:00 pm on Thursday, December 19, 2024, days before the Christmas holiday.

4. Mr. Weeks seeks an extension of the date to report to the facility from December 19, 2024 until January 2, 2025, to permit him to achieve an ASNT NDT Level II certification for non-destructive testing ("NDT") technicians and spend the Christmas holiday period with his 75-year-old mother, who suffers from complications relating to past aneurisms and is now on medications to help prevent a stroke, which her doctor believes is imminent due to the stress from her son having to report for and serve a federal prison sentence.

5. Mr. Weeks is employed at GE Vernova as an NDT technician. He is tasked with testing the quality and integrity of manufactured products, including turbines used in non-aviation and aviation and aerospace fields. NDT technicians are certified in Levels I-III, which reflect specializations and levels of experience. Currently, Mr. Weeks is an NDT Level I technician and has completed hundreds of hours of training and testing during the past year to achieve a Level II certificate.

6. Mr. Weeks has completed all the requirements to become an NDT Level II, except a final in-person assessment, in which he will be supervised and evaluated on his ability to pinpoint a defect(s) in the machinery using specific testing methods. The last opportunity to do so is December 20, 2024, the day after he is scheduled to surrender to the Federal Bureau of Prisons.

7. If Mr. Weeks cannot complete this final task before the end of the year, he will be forced to forfeit all the credits and hours he has accumulated towards this achievement, and start the Level II coursework from the beginning.

8. Assistant United States Attorney Sarah Martin has informed counsel that the government would consent to extend Mr. Weeks' self-surrender date to December 22, 2024, but otherwise opposes any further extension.

9. However, Mr. Weeks' mother, at age 76, is in poor health. A letter from her treating physician is attached as Exhibit A. In short, her health is poor and travel for her will consequently be impossible. Accordingly, she will not be able to visit her son once he reports, and this may well be the last Christmas season holiday that they are able to be together (if this application is granted).

10. It is respectfully requested that the Court extend the self-surrender date by two weeks so that: 1. Mr. Weeks can complete the final requirement needed to receive an NDT Level II certificate, and 2. spend the Christmas holiday period with his 76-year-old mother, whose health continues to deteriorate.

11. A proposed Order is attached as Exhibit B for the Court's consideration.

WHEREFORE, Counsel respectfully requests that the Court grants Defendant's Motion to Extend the Date to Surrender to the Federal Bureau of Prisons to Begin Serving Sentence and extends the date for Mr. Weeks to report to the BOP's custody until January 2, 2025.

Respectfully submitted,

HACKER MURPHY, LLP

By: /s/ James C. Knox
James C. Knox, Esq.
(Admitted *pro hac vice*)
*Attorney for Troy Weeks*
28 Second Street
Troy, New York 12180
Telephone: 518-274-5820
jknox@hackermurphy.com

## CERTIFICATE OF SERVICE

    I hereby certify on the date of filing this document was delivered to the parties of record pursuant to ECF and the rules of the Clerk of the Court.

                                                           /s/ *James C. Knox*
                                                         James C. Knox, Esq.
                                                         (Admitted *pro hac vice*)
                                                         *Attorney for Troy Weeks*
                                                         28 Second Street
                                                         Troy, New York 12180
                                                         Telephone: 518-274-5820
                                                         jknox@hackermurphy.com